

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00392-CR

Billy Bob **OPPELT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR5849
Honorable Raymond Angelini, Judge Presiding

## O R D E R

Appellant's brief was originally due September 26, 2014; however, the court granted appellant an extension of time to file the brief until November 5. The brief was not filed. Instead, appellant filed a motion requesting an additional fifteen days to file the brief.

We grant the motion. We **order** appellant's attorney, Frank D. Sandoval, to file the brief by **November 20, 2014**. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court